

Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Andrew C. Sayles**
Partner
Direct Dial 973.840.2449
ASayles@connellfoley.com

July 27, 2020

<u>*VIA EMAIL: wolford@nywd.uscourts.gov*</u>
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614
TEL: (585) 613-4320
FAX: (585) 613-4325

>       Re:    **Hawn v. Selip & Stylianou**
>              **WDNY 20-cv-6438**

Dear Judge Wolford:

        This firm has recently been retained to represent the Defendant, Selip & Stylianou, LLP, in the above-referenced action.  Defendant's current responsive deadline is July 27, 2020.  We respectfully request an extension of time to August 31, 2020.  I have contacted counsel for Plaintiff and have obtained their consent for this extension.

        The Court's consideration of this request is appreciated.

                                        Respectfully submitted,

                                        */s/ Andrew C. Sayles, Esq.*

                                        Andrew C. Sayles

ACS/ah

cc:   David M. Kaplan, Esq. (via email)
      Tiffany N. Hardy, Esq. (via email)

**SO ORDERED**

**ELIZABETH A. WOLFORD**
**United States District Judge**
**Dated: 7/27/2020**