Connell Foley LLP
56 Livingston Avenue
Roseland, NJ 07068
P 973.535.0500   F 973.535.9217

**Andrew C. Sayles**
Partner
Direct Dial 973.840.2449
ASayles@connellfoley.com

August 28, 2020

<u>VIA EMAIL: wolford@nywd.uscourts.gov</u>
Hon. Elizabeth A. Wolford
United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614
TEL: (585) 613-4320
FAX: (585) 613-4325

      Re:    Hawn v. Selip & Stylianou
                WDNY 20-cv-6438

Dear Judge Wolford:

      This firm represents defendant, Selip & Stylianou, LLP, in the above-referenced action. Defendant's current deadline to respond is August 31, 2020 and was extended on one prior occasion. We respectfully request an additional extension of time through September 14, 2020 to file a response in this matter. I have obtained the consent of counsel for Plaintiff for this brief additional extension.

      The Court's consideration of this request is appreciated.

Very truly yours,

/s/ Andrew C. Sayles, Esq.

Andrew C. Sayles

cc:    David M. Kaplan, Esq. (via email)
        Tiffany N. Hardy, Esq. (via email)

**SO ORDERED**

ELIZABETH A. WOLFORD
United States District Judge
Dated: 9/8/2020